**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**FRANK MERCHANT and
DOROTHY MERCHANT**                                                               **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 3:16-cv-665-HTW-LRA**

**BILLY C. MERCHANT and
GEORGE HARKINS**                                                            **DEFENDANTS**

**NOTICE OF CHANGE OF ADDRESS FOR G. DEWEY HEMBREE, III**

TO THE COURT, ALL PARTIES
AND THE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the undersigned G. Dewey Hembree, III, one of the attorneys of record for the Defendant, George Harkins, has changed his address to the following:

> McGlinchey Stafford, PLLC
> 1020 Highland Colony Parkway
> Suite 702
> Ridgeland, MS 39157

(Telephone, Facsimile and E-mail will remain the same)

THIS, the 8th day of May, 2018.

                                                       Respectfully submitted,

                                                       **GEORGE HARKINS**

                                            By: _s/G. Dewey Hembree, III_
                                                    G. Dewey Hembree, III
                                                    Its Attorney

**OF COUNSEL**:

G. Dewey Hembree, III (MSB #2247)
**McGLINCHEY STAFFORD PLLC**
1020 Highland Colony Parkway
Suite 702
Ridgeland, MS 39157
Telephone:  (769) 524-2300
Facsimile:  (601) 510-5609
Email: ghembree@mcglinchey.com

## CERTIFICATE OF SERVICE

I, the undersigned G. Dewey Hembree, III, McGlinchey Stafford, PLLC, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Roy H. Liddell - royliddell@wellsmar.com, jwhitmire@wellsmar.com, jwilson@wellsmar.com

Wendy Moore Shelton - shelton@netdoor.com, sheltonw@netdoor.com

William I. Gault, Jr. - bgault@billgaultlaw.com, cneal@billgaultlaw.com, shelton@netdoor.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

NONE

THIS, the 8th day of May, 2018.

                                                         s/ G. Dewey Hembree, III
                                                         G. Dewey Hembree, III

312790.1